BARRY J. PORTMAN
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRANDON PORTER, )<br>)<br>Defendant. )<br>_____ ) | No. CR-10-00899-PJH (LB)<br><br>STIPULATION TO MODIFY RELEASE CONDITIONS; [PROPOSED] ORDER |

　　　　IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified to permit Mr. Porter to travel to the Eastern District of California for court appearances and legal visits, with prior approval of the Pretrial Services Agency. It is further STIPULATED that Mr. Porter's curfew may be modified by the Pretrial Services Agency to accommodate legal or educational commitments. It is anticipated that Mr. Porter will have GED testing on May 9, 11, and 16, which would require him to be away from home until after 7:00 p.m.

The Pretrial Services Officer, Richard Sarlatte, has been contacted and does not object to the requested modification.

DATED: April 29, 2011

          /s/
JENNIFER GASPAR
Assistant United States Attorney

DATED: April 29, 2011

          /s/
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Porter

## ORDER

IT IS HEREBY ORDERED that the release conditions in this case be modified to permit Mr. Porter to travel to the Eastern District of California for court appearances and legal visits, with prior approval of the Pretrial Services Agency. It is further STIPULATED that Mr. Porter's curfew may be modified by the Pretrial Services Agency to accommodate legal or educational commitments.

Dated: May 2, 2011

LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE