1  BARRY J. PORTMAN
   Federal Public Defender
2  JOHN PAUL REICHMUTH
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant PORTER

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,           )   No. CR-10-00899-PJH (LB)
11                                     )
                  Plaintiff,           )   STIPULATION TO MODIFY RELEASE
12                                     )   CONDITIONS; [PROPOSED] ORDER
   vs.                                 )
13                                     )
   BRANDON PORTER,                     )
14                                     )
                  Defendant.           )
15 _____)

16
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the release
17
   conditions in this case be modified such that the curfew will begin at 8:00 p.m., instead of 7:00
18
   p.m. as originally order by this court. This change is intended to accommodate Mr. Porter's work
19
   schedule.
20

21

22

23

24

25

26

                                                  1

The Pretrial Services Officer, Richard Sarlatte, has been contacted and does not object to the requested modification.

DATED: July 15, 2011                              /S/

_____
JENNIFER GASPAR
Assistant United States Attorney

DATED: July 15, 20111                             /S/

_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Porter

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.          /S/ John Paul Reichmuth

ORDER

IT IS HEREBY ORDERED that the release conditions in this case be modified such that the curfew will begin at 8:00 p.m., instead of 7:00 p.m.  All other conditions shall remain in effect.

Dated:  7/20/11                            HON. DONNA M. RYU
                                        for HON. LAUREL BEELER
                                            UNITED STATES MAGISTRATE JUDGE

2