GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone:  (510) 637-3500

Counsel for Defendant PORTER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00899-PJH (LB) |
| | ) | |
| Plaintiff, | ) | STIPULATION TO MODIFY RELEASE |
| | ) | CONDITIONS; [PROPOSED] ORDER |
| vs. | ) | |
| | ) | |
| BRANDON PORTER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the release conditions in this case be modified such that Mr. Porter may accompany his wife to any medical facility at any time for any matter related to childbirth and remain an the facility with her as long as she is there, provided that Mr. Porter promptly notify the Pretrial Services Agency of any such event and travel directly between the facility and his residence or job.  This change is intended to accommodate labor and delivery of Mr. Porter's child.

1

The Pretrial Services Officer, Richard Sarlatte, has been contacted and does not object to the requested modification.

DATED: January 30, 2012

/s/
_____
JENNIFER GASPAR
Assistant United States Attorney

DATED: January 30, 2012

/s/
_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Mr. Porter

ORDER

IT IS HEREBY ORDERED that the release conditions in this case be modified such that Mr. Porter may accompany his wife to any medical facility at any time for any matter related to childbirth and remain at the facility with her as long as she is there, provided that Mr. Porter promptly notify the Pretrial Services Agency of any such event and travel directly between the facility and his residence or job. All other conditions shall remain in effect.

Dated: January 31, 2012

_____
HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE

2